AO 240A (1/94)

# United States District Court

FILED
CLERK'S OFFICE

_____ DISTRICT OF _____

                                                            -7 P          

                                                    U.S. DISTRICT COURT

Scott Stern

Plaintiff

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

V.

University of Mass Health Services

Defendant

CASE NUMBER: 04cv30176-MAP

Having considered the application to proceed without prepayment of fees under 28 U.S.C. §1915;

IT IS ORDERED that the application is:

☒ GRANTED.

  ☒ The clerk is directed to file the complaint.

  ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this  7th  day of  September , 2004

_____
Signature of Judicial Officer

Kenneth P. Neiman
Name and Title of Judicial Officer
U.S. Magistrate Judge