United States District Court
District of Massachusetts
Western Division

CA04-30176-MAP

FILED

U.S. DISTRICT COURT

Scott Stern
400 West Main St.
North Adams, MA 01247
et al.

vs.

University of Massachusetts
University Health Services
Director of Health Services, Bernadette Melby
150 Infirmary Way
Amherst, MA 01003
et al.

)
)
)
)
)
)
)
)
)
)
)
)
)

Emergency Motion
for Injunctive
Relief to allow
Plaintiff to Enroll at the
University of Massachusetts
at Amherst.

Now comes Plaintiff and moves this Court, the United States District Court, to issue an EMERGENCY MOTION FOR INJUNCTIVE RELIEF for the Plaintiff against the Defendant. The Defendant, under color of law, is denying Plaintiff the equal opportunity to pursue a higher education. Defendant is violating Massachusetts Law Chapter 15A § 1B and the Code of Massachusetts Regulations CMR 111.6, CMR 3.00 Defendants violations have caused Plaintiff to be "Administratively Withdrawn" from the University of Massachusetts at Amherst. Wherefore, Plaintiff prays this honorable court shall issue an order of/for Injunctive Relief.

Scott Stern, Pro-Se Litigant, 400 West Main St, North Adams, MA 01247