UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SCOTT STERN,                            )
  Plaintiff                             )
                                        )
            v.                          ) CIVIL ACTION NO. 04-30176-MAP
                                        )
UNIVERSITY OF MASSACHUSETTS AT          )
AMHERST HEALTH SERVICES, ET AL,         )
  Defendants                            )


ORDER OF RECUSAL

September 8, 2004

PONSOR, D.J.

The undersigned hereby recuses himself from consideration of any issues raised by this case, on the ground that he has a close family member who is a part-time student at the University of Massachusetts. In consideration of plaintiff's indigency, it is ordered that this case be transferred to the U.S. District Court in Worcester.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge