UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT STERN, *pro se*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF MASSACHUSETTS, )<br>UNIVERSITY HEALTH SERVICES, )<br>DIRECTOR OF HEALTH SERVICES )<br>BERNADETTE MELBY, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 04-30176 |

**AMENDED NOTICE OF APPEARANCE OF COUNSEL
FOR THE DEFENDANTS UNIVERSITY OF MASSACHUSETTS,
UNIVERSITY HEALTH SERVICES, DIRECTOR OF HEALTH SERVICES
BERNADETTE MELBY, UNIVERSITY OF MASSACHUSETTS
ASSOCIATE COUNSEL BRIAN BURKE, AND
UNIVERSITY OF MASSACHUSETTS BOARD OF TRUSTEES**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Please enter my amended appearance as the attorney of record for the above named defendants.

Respectfully submitted,

**UNIVERSITY OF MASSACHUSETTS, UNIVERSITY HEALTH SERVICES, DIRECTOR OF HEALTH SERVICES BERNADETTE MELBY, UNIVERSITY OF MASSACHUSETTS ASSOCIATE COUNSEL BRIAN BURKE, AND UNIVERSITY OF MASSACHUSETTS BOARD OF TRUSTEES**

By: _____
Geoffrey B. McCullough
Associate Counsel, BBO # 558207
University of Massachusetts
One Beacon Street
Boston, Massachusetts 02108
(617) 287-7030 Phone
(617) 287-7188 Fax

CERTIFICATE OF SERVICE

I CERTIFY that, on September 14, 2004, a true and correct copy of the foregoing document was mailed to the plaintiff, Scott Stern, 400 West Main Street, North Adams, MA 01247.

_____
Geoffrey B. McCullough