UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| SCOTT STERN,<br>  Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS,<br>ET AL,<br>  Defendants. | Case No: 3:04-CV-30176<br><br>**WITHDRAWAL OF COUNSEL FOR UNIVERSITY OF MASSACHUSETTS AT AMHERST, UNIVERSITY HEALTH SERVICES, BERNETTE MELBY, BRIAN BURKE, AND UNIVERSITY OF MASSACHUSETTS BOARD OF TRUSTEES** |

  The undersigned counsel, who is also a named defendant in this action, hereby withdraws as counsel for the University of Massachusetts Amherst, University Health Services, Bernette Melby, Brian Burke, and University of Massachusetts Board of Trustees. The same, including the undersigned, are represented by University Associate Counsel Geoffrey B. McCullough.

Respectfully submitted,

DATE:  September 17, 2004

_____
Brian W. Burke
Associate Counsel
University of Massachusetts Amherst
300 Whitmore Administration Building
Amherst, MA 01003
(413) 545-2204
BBO # 633048

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the above document was served upon the plaintiff by mail on September 17, 2004.

_____
Brian W. Burke