# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | Scott Stern, et al |
| COURT CASE NUMBER | 04 CV 30176-MAP-FDS |
| DEFENDANT | Massachusetts Board of Trustees, et al |
| TYPE OF PROCESS | SC/motion |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- Massachusetts Board of Trustees

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
- One Beacon Street, 26th floor, Boston, Massachusetts 02108

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
- Scott Stern
- 400 West Main St
- North Adams, MA. 01247

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

RECEIVED SERVICE U.S. MARSHAL BOSTON SEP 16 2004

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
- Scott Stern
- ☑ PLAINTIFF
- ☐ DEFENDANT
- TELEPHONE NUMBER: (413) 664-7805
- DATE: 9/7/04

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
- Total Process: 1
- District of Origin No. 38
- District to Serve No. 38
- Signature of Authorized USMS Deputy or Clerk: [signature] 9/16/04
- Date: 9/13/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
**Peter Michelson, Assoc Counsel**

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 9/23/04   Time: 10:26 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | |

REMARKS: ACCEPTING SERVICE ON BEHALF OF BOARD OF TRUSTEES ONLY

---

# United States District Court

WESTERN DISTRICT OF Massachusetts

Scott Stern, et al

v.

Massachusetts Board of Trustees, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 CV 30176-FDS

TO: (Name and address of defendant)

Massachusetts Board of Trustees
One Beacon Street 26th floor
Boston, Massachusetts 02108

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Stern
400 West Main St
North Adams, MA. 01247

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

9/7/04
DATE

(BY) DEPUTY CLERK