# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Scott Stern, et al | **COURT CASE NUMBER** 04CV30176-WAPFDS |
| **DEFENDANT** Division of Health Care Finance and Policy et al | **TYPE OF PROCESS** S/C/motion |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Division of Health Care Finance and Policy

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Two Boylston Street Boston, Massachusetts 02116

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Scott Stern
400 West Main St
North Adams, MA. 01247

| | |
|---|---|
| Number of process to be served with this Form - 285 | 3 |
| Number of parties to be served in this case | 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER (413) 664-7805    DATE 9/7/04

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 9/13/04 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Corine Peach - Admin Co-Ordinator

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 9/23/04    Time 10:35 am

Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee 0 | Total Charges 45.00 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

---

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

WESTERN DISTRICT OF Massachusetts

Scott Stern, et al.

v.

Massachusetts Division of Health Care Finance and Policy et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04CV30176-~~MAP~~ FDS

TO: (Name and address of defendant)

Division of Health Care Finance and Policy
Two Boylton Street
Boston, Massachusetts 02116

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott Stern
400 West Main St
North Adams, MA. 01247

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 9/7/04

(BY) DEPUTY CLERK