UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

|  |  |  |
|---|---|---|
| Scott Stern, <br>     Plaintiff <br><br> v. <br><br> University of Massachusetts at Amherst Health Center, <br> Bernadette Melby, Director of Health Services, <br> Brian Burke, Associate General Counsel University of Massachusetts at Amherst, <br> Board of Trustees of the University of Massachusetts, <br> Massachusetts Board of Higher Education, <br> Massachusetts Division of Health Care Finance and Policy, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 4:04-cv-30176-FDS |

## NOTICE OF APPEARANCE

Please enter the appearance of Salvatore M. Giorlandino, Assistant Attorney General of Massachusetts, as counsel to the following defendants:

(1) the Massachusetts Board of Higher Education; and

[continued next page]

(2) the Massachusetts Division of Health Care Finance and Policy.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: 10/12/04

*Salvatore M. Giorlandino*

Salvatore M. Giorlandino
Assistant Attorney General of Massachusetts
BBO# 548131
Office of the Massachusetts Attorney General
Central Massachusetts Division &
Government Bureau/Trial Division
One Exchange Place, 3rd Fl.
Worcester, MA 01608
(508) 792-7600 ext. 109

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/12/04