UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SCOTT STERN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF MASSACHUSETTS AT AMHERST; UNIVERSITY OF MASSACHUSETTS HEALTH SERVICES; BERNADETTE MELBY, DIRECTOR OF HEALTH SERVICES; BRIAN BURKE, ASSOCIATE COUNSEL, UNIVERSITY OF MASSACHUSETTS AT AMHERST; UNIVERSITY OF MASSACHUSETTS BOARD OF TRUSTEES; MASSACHUSETTS BOARD OF HIGHER EDUCATION; DIVISION OF HEALTH CARE FINANCE AND POLICY,<br><br>　　　　Defendants. | Civil Action No.<br>04-30176-FDS |

## ORDER

　　On September 23, 2004, plaintiff Scott Stern, proceeding *pro se*, filed a Motion to Amend Complaint of September 6th, 2004 (Docket #14).  Under Rule 15(a) of the Federal Rules of Civil Procedure, "[a] party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served."  The motion was filed before any of the defendants served a responsive pleading, and thus plaintiff is entitled to this one amendment as a matter of course.

　　Plaintiff's Motion to Amend Complaint of September 6th, 2004 (Docket #14) is GRANTED.  The substance of plaintiff's motion shall be incorporated into his original complaint,

filed September 7, 2004. Plaintiff is reminded of his duty to comply with the service requirements of Rule 5 of the Federal Rules of Civil Procedure.

**So Ordered.**

                                                       /s/ F. Dennis Saylor
                                                       F. Dennis Saylor IV
                                                       United States District Judge

Dated: October 15, 2004