UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Scott Stern,

and other persons similarly situated
in the Commonwealth of Massachusetts;
and other persons similarly situated
in the United States of America; and
other persons similarly situated not
currently residing within the
Commonwealth of Massachusetts or the
United States of America,

   Plaintiff,
vs.

University of Massachusetts at
Amherst; University of Massachusett
Health Services; Bernatte Melby,
Director of Health Services; Brian
Burke, Associate Counsel, University
of Massachusetts at Amherst;
University of Massachusetts Board of
Trustees; Massachusetts Board of
Higher Education, Division of Health
Care Finance and Policy

Defendants

) Case No.: 04-30176-MAP
)
) MOTION TO RECONSIDER OF ORDER DATED
) October 15, 2004.

---

  NOW HERE COMES PLAINTIFF AND MOVES THIS COURT TO RECONSIDER ITS ORDER dated October 15, 2004 pending the consolidation of all submitted motions to amend the original complaint submitted to the United States District Court in Springfield, Massachusetts.

  Plaintiff hereby moves the United States District Court to Reconsider the order dated October 15, 2004 pending the consolidation of all the motions to amend the complaint dated September 7, 2004.

  WHEREFORE, for the reasons above, plaintiff prays that the

1

reconsideration of the order dated October 15, 2004 shall be allowed.

Plaintiff seeks a Temporary Restraining Order in order to continue his education through a federally funded program, the Massachusetts Rehabilitation Commission. Granting such an order would not harm the State by any means. The TRO would not be issued with prejudice or without prejudice for plaintiff and the pending litigation. It would simply allow plaintiff to enroll at the University of Massachusetts and continue his education. A granting of the TRO would ensure plaintiff's federal and state constitutional right to an education.

Respectfully submitted, on this 20th day of October, 2004.

_____
Scott Stern
Pro-Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247