UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Scott Stern, | ) Case No.: 04-30176-FPS |
| | ) |
| and other persons similarly situated in the Commonwealth of Massachusetts; and other persons similarly situated in the United States of America; and other persons similarly situated not currently residing within the Commonwealth of Massachusetts or the United States of America, | ) Notice of Appeal of Orders dated October 15, 2004. |
| Plaintiff, | ) |
| vs. | |
| University of Massachusetts at Amherst; University of Massachuset Health Services; Bernatte Melby, Director of Health Services; Brian Burke, Associate Counsel, University of Massachusetts at Amherst; University of Massachusetts Board of Trustees; Massachusetts Board of Higher Education, Division of Health Care Finance and Policy | |
| Defendants | |

NOW HERE COMES PLAINTIFF AND GIVES NOTICE TO THIS COURT THAT PLAINTIFF MOVES THIS COURT TO SECURE HIS RIGHT OF APPEAL OF THE Orders dated October 15, 2004 by Judge F. Dennis Saylor IV, of Worcester, Massachusetts.

Plaintiff seeks a Temporary Restraining Order in order to continue his education, through a federally funded program, the Massachusetts Rehabilitation Commission, at the University of Massachusetts at Amherst. Granting such an order would not harm the State by any means. The TRO would not be issued with prejudice or without prejudice for

1

plaintiff and the pending litigation. It would simply allow plaintiff to enroll at the University of Massachusetts and continue his education. A granting of the TRO would ensure plaintiff's federal and state constitutional right to an education.

Respectfully submitted, on this 20th day of October, 2004.

*[signature]*

Scott Stern
Pro-Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247