04-30176

## CERTIFICATE OF SERVICE

I, Scott Stern, plaintiff, hereby certify that I have this day served a copy of the enclosed Motions and Notice of Appeal on all counsel of record in the captioned matter by U.S. mail, postage prepaid.

October 20, 2004

*[signature]*

Scott Stern