

# University of Massachusetts
AMHERST • BOSTON • DARTMOUTH • LOWELL • WORCESTER

Office of the General Counsel
One Beacon Street, 26th Floor
Boston, Massachusetts 02108

Phone: 617.287.7098/7030
Fax: 617.287.7188
www.massachusetts.edu

October 26, 2004

Mr. Scott Stern
400 West Main Street
North Adams, Massachusetts 01247

Re:   Stern v. University of Massachusetts et als., U.S. District Court
      C.A. No. 4:04-CV-30176-FDS.

Dear Mr. Stern:

It has come to my attention that you have filed an Amended Complaint. Please serve a copy of it and all other pleadings that you have not previously served on the University of Massachusetts and its defendants by mailing it to me.

Thank you.

Sincerely,

Geoffrey B. McCullough
Associate Counsel

1

cc.   Salvatore M. Giorlandino, Assistant Attorney General
      Central Massachusetts Division
      One Exchange Place
      Worcester, MA 01608

      Joseph C. Sullivan, Jr., General Counsel
      Massachusetts Board of Higher Education
      One Ashburton Place
      Boston, MA 02108

      Nancy Panaro, Acting General Counsel
      Massachusetts Division of Health Care Finance Policy
      Two Boylston Street
      Boston, MA 02116

      Martin Castles, Courtroom Clerk
      U.S. District Court
      Harold D. Donohue Federal Bldg & Cthse.,
      Ste. 502, 595 Main St.
      Worcester, MA 01608