## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-30176

Scott Stern, et al

v.

University of Massachusetts at Amherst, et al

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #35, & document 29 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/22/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 27, 2004.

Tony Anastas, Clerk of Court

By _Jeanette Ramos_

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/27/04.

_Buckark_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]