UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| Scott Stern,<br>    Plaintiff<br><br>v.<br><br>University of Massachusetts at Amherst Health Center,<br>Bernadette Melby, Director of Health Services,<br>Brian Burke, Associate General Counsel University of Massachusetts at Amherst,<br>Board of Trustees of the University of Massachusetts,<br>Massachusetts Board of Higher Education,<br>Massachusetts Division of Health Care Finance and Policy,<br>    Defendants | C.A. No. 4:04-cv-30176-FDS |

## NOTICE OF REQUEST TO PLAINTIFF
## FOR SERVICE OF AMENDED COMPLAINT

The Defendants Massachusetts Board of Higher Education (the "Board") and the Massachusetts Division of Health Care Finance and Policy (the "Division") give notice of the following:

1.    On October 21, 2004, the Board and the Division, by their counsel, made a written request to the plaintiff for service of a copy of his Amended Complaint. The request was made by first class mail and by certified mail, return receipted requested. A copy the request is attached to this Notice as Exhibit A.

2.    As of the date of this Notice, October 29, 2004, the plaintiff has not served a copy

of his Amended Complaint upon the Board's and the Division's counsel.

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL OF MASSACHUSETTS

Date: 10/29/04

/s/ Salvatore M. Giorlandino
Salvatore M. Giorlandino
Assistant Attorney General of Massachusetts
BBO# 548131
Office of the Massachusetts Attorney General
Central Massachusetts Division &
Government Bureau/Trial Division
One Exchange Place, 3rd Fl.
Worcester, MA 01608
(508) 792-7600 ext. 109

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10/29/04.

/s/ S. Giorlandino



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
Central Massachusetts Division
One Exchange Place
Worcester, Massachusetts 01608

**FILE COPY**

TOM REILLY
ATTORNEY GENERAL

(508) 792-7600
www.ago.state.ma.us

EXHIBIT A

October 21, 2004

VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED; *and*
FIRST CLASS REGULAR MAIL

Scott Stern, pro se
400 West Main Street
North Adams, MA 01247

Re: <u>Stern v. University of Massachusetts at Amherst Health Services et al</u>,
U.S. District Court (D.Mass. Worcester), C.A. No. 4:04-cv-30176-FDS

Dear Mr. Stern:

As you may know, I represent the Defendants Massachusetts Board of Higher Education (the "Board") and the Massachusetts Division of Health Care Finance and Policy (the "Division") in the above entitled case. Enclosed is a copy of the Court's (Saylor, J.) Order of October 15, 2004 regarding the Board's and the Division's Motion to Enlarge Time to File Answer or Responsive Pleading.

Please serve a copy of your Amended Complaint upon me by mail as soon as possible so that I can prepare the Board's and the Division's answer or responsive pleading. Thank you for your time.

Very truly yours,

Salvatore M. Giorlandino
Assistant Attorney General
(508) 792-7600 ext. 109

cc:    (next page)

cc:     Geoffrey B. McCullough, Esq.
        University of Massachusetts
        One Beacon Street
        Boston, MA 02108

        Joseph C. Sullivan, Jr., General Counsel
        Massachusetts Board of Higher Education
        One Ashburton Place
        Boston, MA 02108

        Nancy Panaro, Esq., Acting General Counsel
        Massachusetts Division of Health Care Finance and Policy
        Two Boylston Street
        Boston, MA 02116


Stern/Stern Corr.wpd:3-4

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 2.67 |

Postmark Here

Sent To: Scott Stern
Street, Apt. No.; or PO Box No.: 400 Main St West
City, State, ZIP+4: N. Adams, MA 01247

PS Form 3800, June 2002                See Reverse for Instructions

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT STERN,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MASSACHUSETTS AT AMHERST; UNIVERSITY OF MASSACHUSETTS HEALTH SERVICES; BERNADETTE MELBY, DIRECTOR OF HEALTH SERVICES; BRIAN BURKE, ASSOCIATE COUNSEL, UNIVERSITY OF MASSACHUSETTS AT AMHERST; UNIVERSITY OF MASSACHUSETTS BOARD OF TRUSTEES; MASSACHUSETTS BOARD OF HIGHER EDUCATION; DIVISION OF HEALTH CARE FINANCE AND POLICY,<br><br>Defendants. | Civil Action No.<br>04-30176-FDS |

## ORDER

On October 12, 2004, defendants Massachusetts Board of Higher Education and Massachusetts Division of Health Care Finance and Policy filed a motion to enlarge time to file an answer or responsive pleading, seeking an additional 30 days to respond to plaintiff's complaint. By order dated October 15, 2004, this court granted plaintiff's first motion to amend his complaint (Docket #14). Rule 15(a) of the Federal Rules of Civil Procedure states, "A party shall plead in response to an amended pleading within the time remaining for response to the original pleading or within 10 days after service of the amended pleading, whichever period may be the longer, unless the court otherwise orders." The time for these defendants to respond to the

original pleading has passed, so, by rule, they would have ten days after service of the amended pleading in which to file an answer or responsive pleading. The court will grant these defendants an additional five days after service of the amended complaint to respond, which is adequate time for defendants' counsel to familiarize himself with plaintiff's claims and to draft an answer or responsive pleading to plaintiff's complaint.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: October 15, 2004