UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| Scott Stern, | ) Case No.: 04-30176-FDS |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| University of Massachusetts at | ) |
| Amherst Health Services; | ) |
| Bernette Melby, Director of Health | ) |
| Services, Brian Burke Associate | ) |
| General Counsel University of | ) |
| Massachusetts at Amherst, Board of | ) |
| Trustees of the University of | ) |
| Massachusetts, Massachusetts Board of | |
| Higher Education, Massachusetts | |
| Division of Health Care Finance and | |
| Policy, | |
| Defendants | |

MOTION OF THE PLAINTIFF TO ENLARGE TIME TO FILE ANSWER OR RESPONSIVE PLEADING.

NOW HERE COMES PLAINTIFF AND MOVES this court to enlarge the time to file an answer or responsive pleading to the defendants motion to dismiss this civil action.

As grounds, the Plaintiff state that there is good cause to grant the motion for the following reasons:

Plaintiff has telephoned defendant's counsel on November 3, 2004 requesting assent to plaintiff an enlargement of time to file a response to the pleading submitted by defendants.

Plaintiff has not received the pleading for dismissal and has not

had ample time to review this pleading and respond accordingly.

Plaintiff has other personal pressing matters in his life and has had to focus on these matters during the last few weeks.

Plaintiff hereby respectfully requests the Honorable Judge F. Dennis Saylor to allow Plaintiff 30 days to familiarize himself with the Defendant's Motion to Dismiss and to draft an answer or pleading to the Defendant's Motion.

Respectfully Submitted,

*Scott Stern*

Scott Stern
Pro-Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247

Acknowledgment Certificate

On this __3rd__ day of __November__ 2004, before me, the undersigned Notary Public, personally appeared __Scott Stern__ proved to me through satisfactory evidence of identification, which were drivers license issued by the Commonwealth of Massachusetts, to be the person whose name is signed on the preceding document and acknowledge to me that he signed it voluntarily for its stated purpose.

*Becky A McAlister*
Signature of Notary Public

My Commission Expires __4-21-11__