UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Scott Stern,**
        Plaintiff,

        V.

**University of Massachusetts
at Amherst, et al.,**
        Defendant,

CIVIL ACTION

NO. **04-30176-FDS**

**ORDER OF DISMISSAL**

**SAYLOR, D. J.**

In accordance with the Court's Memorandum and Order dated **12/23/04**, allowing the defendant's motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                    By the Court,

**12/23/04**                                        **/s/ Martin Castles**
Date                                                Deputy Clerk

(Dismmemo.ord - 09/92)                                                                              [odism.]