December 27, 2004

United States District Court
Harold D. Donohue Federal Building & Courthouse
Mr. Martin Castles
Deputy Clerk
595 Main Street
Worcester, Massachusetts 01608

Dear Mr. Castles,

I am in receipt of your notice regarding the dismissal of the civil
action No. 04-30176-FDS.  Under Separate Cover I have mailed a letter
of appeal.

I am enclosing a copy of two documents I believed I faxed in to the
Court, or mailed in to the court.

I believe I submitted documents relative to the Access to Health Care
Guidelines by the Division of Health Care Finance and Policy.

Can you please confirm, by print-out, all documents that were allowed
as exhibits, including any fax transmittals that were sent to the Court
as exhibits.

In addition to these two pages, I believe I also submitted a larger
font letter directed towards Judge Saylor and the mentioning of the
website for the Division of Health Care Finance and Policy.  Neither
the document relative to the guidelines is mentioned nor the website,
nor the guidelines themselves is mentioned in his erroneous order of
December 23, 2004.

I look forward to your expeditious reply.

Sincerely,

Scott Stern
400 West Main Street
North Adams, Massachusetts 01247

# Access to Health Care in Massachusetts

A Catalog of Health Care Programs
for Uninsured and Underinsured Individuals
Third Edition

May 2004

Massachusetts Division of Health Care Finance and Policy
Executive Office of Health and Human Services



Mitt Romney, Governor
Commonwealth of Massachusetts

Ronald Preston, Secretary
Executive Office of Health and Human Services

# Access to Health Care in Massachusetts

A Catalog of Health Care Programs
for Uninsured and Underinsured Individuals
Third Edition

May 2004

Massachusetts Division of Health Care Finance and Policy
Executive Office of Health and Human Services



Mitt Romney, Governor
Commonwealth of Massachusetts

Ronald Preston, Secretary
Executive Office of Health and Human Services