⌐OURT
                    DISTRICT OF MASSACHUSETTS
                         WESTERN DIVISION


Scott Stern,                                    ) Case No.: 04-30176-FDS
400 West Main Street                            )
North Adams, MA.  01247,                        )
and other persons similarly situated in the     )
Commonwealth of Massachusetts; and other persons)
similarly situated in the United States of America; )
and other persons similarly situated not currently )
residing within the Commonwealth of Massachusetts )
or the United States of America,                )
                                                )
            Plaintiff,                          )
     vs.                                        )
                                                )

University of Massachusetts at Amherst
University Health Services
Director of Health Services, Bernette Melby
150 Infirmary Way
Amherst, Massachusetts.   01003,
Defendant

and,

University of Massachusetts at Amherst
Brian Burke, Associate Counsel
300 Whitmore Administration Building
Amherst, Massachusetts   01003
Defendant

and,

Massachusetts Board of Trustees,
One Beacon Street
26th Floor
Boston, Massachusetts   02108
Defendant

and,

Massachusetts Board of Higher Education
One Ashburton Place
Room 1401
Boston, Massachusetts 02108-1696

Defendant

1

and,

Division of Health Care Finance and Policy
Getachew Habteh Yimer
Two Boylston Street
Boston, Massachusetts 02116-4737

---

NOTICE OF APPEAL

NOW HERE COMES PLAINTIFF AND GIVES NOTICE TO THIS COURT, JUDGE F. DENNIS SAYLOR IV PRESIDING THAT PLAINTIFF IS SEEKING AN APPEAL TO HIS DECISION TO DISMISS THIS ACTION.

JUDGE DENNIS SAYLOR DISMISSED THIS ACTION CONTRARY TO MASSACHUSETTS STATUTORY LAW, THE CODE OF MASSACHUSETTS REGULATIONS, AND MOST IMPORTANTLY, THE CLEAR AND OBVIOUS GUIDELINES ESTABLISHED BY THE DIVISION OF HEALTH CARE FINANCE AND POLICY, AN ENTITY OF THE MASSACHUSETTS GOVERNMENT THAT DETERMINES THE APPLICABILITY OF SAID STATUTES. APPARENTLY, JUDGE F. DENNIS SAYLOR IV WAS MORE CONCERNED WITH READING INTO THIS MERITORIOUS SUIT HIS BLATANT BIASES RATHER THAN THE ACTUAL GUIDELINES ESTABLISHED BY THE DIVISION OF HEALTH CARE FINANCE AND POLICY OF THE COMMONWEALTH OF MASSACHUSETTS, SHOWN BEFORE HIS PERSON AND SUBMITTED TO THIS COURT ALONG WITH OTHER NUMEROUS, FACTUAL DOCUMENTARY EVIDENCE BY THE PLAINTIFF IN THIS ACTION.

UNITED STATES DISTRICT C...

Respectfully submitted this 27st day of December 2004.

*[signature: Scott Stern]*

Scott Stern

Pro-Se Plaintiff

400 West Main Street

North Adams, Massachusetts 01247

## ACKKNOWLEDGEMENT CERTIFICATE

On this 27 day of December, 2004, before me, the undersigned Notary Public, personally appeared Scott Stern proved to me through satisfactory evidence of identification, which were Drivers license from the Commonwealth of Massachusetts, to be the person whose name is signed on the preceding or attached document and acknowledged to me that he signed it voluntarily for its state purpose.

*[signature]*
Signature of Notary Public

My Commission Expires May 29, 2009

```
JENNIFER L. GREGORY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 29, ____
```

3