UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Scott Stern,                                      ) Case No.: 04-30176-FDS
400 West Main Street                              )
North Adams, MA. 01247,                           ) MOTION TO ALLOW THE TRANSCRIPTION OF
and other persons similarly situated              ) SEPTEMBER 17, 2004, a telephone
in the Commonwealth of Massachusetts;             ) hearing, and a hearing on September
and other persons similarly situated              ) 23, 2004 hearings, between the named
in the United States of America; and              ) Defendants and Plaintiff, with Judge
other persons similarly situated not              ) F. Dennis Saylor IV presiding, at
currently residing within the                     ) Government Expense.
Commonwealth of Massachusetts or the              )
United States of America,                         )
                                                  )
            Plaintiff,
    vs.

University of Massachusetts at
Amherst
University Health Services
Director of Health Services,
Bernette Melby
150 Infirmary Way
Amherst, Massachusetts. 01003,
Defendant

and,

University of Massachusetts at
Amherst
Brian Burke, Associate Counsel
300 Whitmore Administration Building
Amherst, Massachusetts 01003
Defendant

and,

Massachusetts Board of Trustees,
One Beacon Street
26th Floor
Boston, Massachusetts 02108
Defendant

and,

Massachusetts Board of
Higher Education
One Ashburton Place
Room 1401
Boston, Massachusetts 02108-1696
Defendant

and,

Division of Health Care
Finance and Policy
It's EMPLOYEE "MR GETACHEW" and not
the DIVISON IN ITS ENTIRETY.
Two Boylston Street
Boston, Massachusetts 02116-4737

NOW HERE COMES PLAINTIFF AND MOVES this court to humbly request that the hearings of September 17, 2004 and September 23, 2004 be transcribed at government expense.

Now here comes plaintiff and wishes to express his deep remorse and regret for motioning and requesting that the Honorable Judge F. Dennis Saylor IV, presiding over this case, to recuse himself.

Plaintiff hereby moves the Court for an order setting aside the Judgment of the Honorable Judge F. Dennis Saylor IV and directing that the transcript of the aforementioned proceedings before the Honorable Judge F. Dennis Saylor IV be prepared at government expense pursuant to 28 U.S.C. §753 (f) and the defendants and plaintiffs be granted copies of the transcripts, in addition to the United States Court of Appeals in Boston, Massachusetts.

In support of this motion, plaintiff will rely on the accompanying memorandum of law in support of plaintiff's right to due process. A memorandum of law regarding the Civil Rights act of 1871 which creates a federal cause of action against state officials who

deprive private citizens of their constitutional rights.

Wherefore, for the attached reasons, inclusive of plaintiff's memorandums of law, the plaintiff prays that this court, the Honorable Judge F. Dennis Saylor will grant this motion to transcribe the proceedings at government expense and grant the plaintiff, and defendants, copies of these transcribed proceedings.

Respectfully submitted this 10th day of February, 2005 by the plaintiff, Scott Stern, on behalf of himself and the class members.

/s/ Scott Stern
Scott Stern
Pro-Se Plaintiff
400 West Main Street
North Adams, Massachusetts 01247