February 17, 2005

Office of the Clerk
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way- Suite 2500
Boston, Massachusetts 02210

Richard Cushing Donovan, Clerk
Margaret Carter, Chief Deputy Clerk
Simon, Assistant to the Chief Deputy Clerk

RE: CASE NO. 04-2474

## STATUS REPORT
### OF STERN VS. UMASS, et al. Docket No 04-30176-FDS

To whom it may concern:

Please be aware that the MOTION FOR RECONSIDERATION filed in the United States District Court, Worcester Division, with Judge F. Dennis Saylor was DENIED. Please allow this case to go forward.

I would like the court to know that I attempted to resolve this case with officials at the University of Massachusetts at Amherst in order to prevent this case from moving forward through the appeals process and the courts. My sincere effort was denied and rebuked. Please also be aware that I complied with the Court's request regarding the transcription order form and the MOTION TO ALLOW THE TRANSCRIPTION TO BE PAID AT GOVERNMENT EXPENSE. Both of these have been mailed to the United States District Court in Worcester and opposing counsel. I am enclosing a second copy of the MOTION for your records.

I telephoned the Deputy Clerk, Martin Castle's, at the Worcester Division United States District Court, today, and the MOTION was inadvertently attached to the MEMORANDUM I submitted to the court. He has found the MOTION and informed me today, February 17, 2005, that he would docket that same MOTION today.

Thank you for your consideration and time in this matter.

Sincerely,

Scott Stern
400 West Main Street
North Adams, Massachusetts 01247

Cc: Geoffrey B. McCullough
    Salvatore M. Giorlandino