# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-1043

USDC Docket Number: 04-cv-30176

Scott Stern, et al

v.

University of Massachusetts at Amherst Health Services, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 64, 65 are original pleadings to be included with the record on appeal in the above entitled case.

In testmony whereof, I hereunto set my hand and affix the seal of this Court on April 7, 2005.

Sarah A. Thornton, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/7/05

_____
Deputy Clerk, US Court of Appeals