UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT STERN, *pro se*, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. 04-30176 |
| ) | |
| v. ) | |
| ) | |
| UNIVERSITY OF MASSACHUSETTS, ) | |
| UNIVERSITY HEALTH SERVICES, ) | |
| DIRECTOR OF HEALTH SERVICES ) | |
| BERETTE MELBY, ASSOCIATE ) | |
| COUNSEL BRIAN BURKE, BOARD OF ) | |
| TRUSTEES, et als., ) | |
| ) | |
| Defendants. ) | |

NOTICE OF DEFENSE COUNSEL'S CHANGE OF ADDRESS

TO THE CLERK:

Please note that defendants' counsel address has changed to what follows:

Geoffrey B. McCullough, Associate Counsel
University of Massachusetts
225 Franklin St., 12th Floor
Boston, MA 02210

1

Respectfully submitted,

UNIVERSITY OF MASSACHUSETTS, UNIVERSITY HEALTH SERVICES, DIRECTOR OF HEALTH SERVICES BERNETTE MELBY, ASSOCIATE COUNSEL BRIAN BURKE, AND THE UNIVERSITY OF MASSACHUSETTS' BOARD OF TRUSTEES'

By: _____
Geoffrey B. McCullough
Associate Counsel, BBO#558207
University of Massachusetts
One Beacon Street, 26th Floor
Boston, Massachusetts 02108
(617) 287-7030

CERTIFICATE OF SERVICE

I CERTIFY that, on May 13, 2005, I served a copy of the above document on the plaintiff and counsel of record, by mailing it to:

Scott Stern
400 West Main Street
North Adams, MA 01247

Salvatore M. Giorlandio, Assistant Attorney General
The Commonwealth of Massachusetts
Central Massachusetts Division
One Exchange Place
Worcester, MA 01608

Joseph C. Sullivan, Jr., General Counsel
Massachusetts Board of Higher Education
One Ashburton Place
Boston, MA 02108

2

Nancy Panaro, Acting General Counsel
Massachusetts Division of Health Care Finance Policy
Two Boylston Street
Boston, MA 02116.

_____
Geoffrey B. McCullough