# United States Court of Appeals

## For the First Circuit

04-30176
Boston, MA
F.D. Saylor IV

No. 04-2474
No. 05-1043

SCOTT STERN, ET AL.,

Plaintiff, Appellant,

v.

UNIVERSITY OF MASSACHUSETTS AT AMHERST, ET AL.,

Defendants, Appellees.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

JUDGMENT

Entered:  January 4, 2006

    Substantially for the reasons given in the comprehensive memorandum of the district court, the order dated December 23, 2004, dismissing plaintiff's complaint, is affirmed. Accordingly, the district court's earlier order denying preliminary relief is also affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Colardo
Deputy Clerk

Date: 1.26.06

By: _____
MARGARET CARTER
Chief Deputy Clerk.

[cc:  Scott Stern, Geoffrey B. McCullough, Esq., Salvatore M.
                  Giorlandino, AAG]